# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Patrick M. Curry,

    Petitioner,

v.

United States of America,

    Respondent.

Case No. 2:17-cv-114

**JUDGE MICHAEL H. WATSON**

Chief Magistrate Judge
Elizabeth P. Deavers

## OPINION AND ORDER

On July 8, 2019, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254 be denied and that this action be dismissed. ECF No. 11. Although the parties were advised of the right to object to the R&R, and of the consequences of failing to do so, no objections have been filed. The R&R, ECF No. 11, is therefore, **ADOPTED** and **AFFIRMED**. The petition is hereby **DENIED**, and this action is **DISMISSED**.

Pursuant to 28 U.S.C. § 2253(c)(1)(A), the Court must also assess whether to issue a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts states that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Petitioner has waived, however, the right to file an

appeal by failing to file objections to the Magistrate Judge's recommendations. See *Thomas v. Arn*, 474 U.S. 140, 147 (1985); *United States v. Walters*, 638 F. 2d 947, 950 (6th Cir. 1981). The Court therefore declines to issue a certificate of appealability.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**